UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDGAR ANTONIO RUIZ,

     Plaintiff,

    v.

E. TIMMONS et al.,

     Defendant.

1:26-cv-02670-HBK (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION

    Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42 U.S.C. § 1983 on April 9, 2026.  (Doc. No. 1).  Because the events giving rise to the cause of action occurred at Mule Creek State Prison, which is located in Amador County, Plaintiff should have filed his complaint in the Sacramento Division of this Court.  *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action); E.D. Cal. Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct court.  The Court finds it in the interests of justice to transfer this case to the Sacramento Division of this Court under 28 U.S.C. § 1406(a) and E.D. Cal. Local Rule 120(f).

    Accordingly, it is **ORDERED**:

    1.    The Clerk of Court is directed to transfer this action to the Sacramento Division of

1

this Court and close the action in the Fresno Division.

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

Dated:     April 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2