UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR ANTONIO RUIZ,

        Plaintiff,

    v.

E. TIMMINS, *et al.*,

        Defendants.

Case No.  2:26-cv-1491-JDP (P)

ORDER

       This section 1983 action was transferred to the court on April 9, 2026.  ECF No. 2. Plaintiff has failed, to date, to submit either the filing fee or a properly completed application to proceed *in forma pauperis*.  This action cannot proceed until the matter of the filing fee is settled.

1

Accordingly, it is ORDERED that:

1. Within twenty-one days, plaintiff must submit either the filing fee of four-hundred and five dollars or a completed application to proceed *in forma pauperis*.

2. The Clerk of Court shall send plaintiff an *in forma pauperis* form with this order.

IT IS SO ORDERED.


Dated:  __May 4, 2026__                          _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE